Mark A. Kleiman (SBN 115919)
KLEIMAN / RAJARAM
2907 Stanford Ave. Venice, CA 90292
Telephone: (310) 306-8094
Facsimile:  (310) 306-8491
Email: mkleiman@quitam.org

Ben Gharagozli (SBN 272302)
Law Offices of Ben Gharagozli
2907 Stanford Avenue
Marina del Rey, California 90292
Telephone: (661) 607-4665
Facsimile:  (855) 628-5517
Email: ben.gharagozli@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OMAR ABDULAZIZ,

        Plaintiff,

        v.

TWITTER, Inc..; McKINSEY & Co.; and
DOES 1-10; inclusive,

        Defendants.

Case No.: 3:19-cv-06694-LB

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Dept:    Courtroom B, 15th Flr
Judge:   Hon. Laurel Beeler

Date Filed: October 18, 2019

Trial Date:  Not Yet Set

    We have always been willing to accommodate counsel's schedule and we told him that one day after he asked for a continuance, suggesting January 23 or 30, 2020.  (See Exh. A to Kleiman Declaration)  But this case is nearly two months old and Defendants propose

1  postponing the CMC (and therefore delaying discovery) until the pleadings are settled, which
2  could be several months more.

3  **Factual Background**

4  Plaintiff has sued Twitter and McKinsey alleging that McKinsey warned Mohammad
5  bin Salman about Plaintiff's effectiveness as a political dissenter and that Twitter knew
6  Plaintiff's confidential account information had been hacked by a Saudi state operative, but
7  concealed this from Plaintiff.  Plaintiff alleges that although Twitter warned the security
8  researchers, academics, and journalists whose accounts were hacked that they "may have been
9  targeted by state-sponsored actors", no such warning was given to him.  (Dkt. No. 001, ¶48.)

10  Shortly after the suit was filed, the Justice Department issued a criminal complaint (and
11  then later an indictment) against three Saudi operatives, including the one Plaintiff had
12  identified by name in his civil suit.  (Kleiman Declaration, Exhibits B and C.)  The DOJ's
13  filings revealed for the first time that nearly six thousand Twitter accounts had been hacked.
14  Twitter did nothing about this for months.

15  **Argument**

16  **Anticipated Discovery Will be Lengthy**

17  This case will require significantly more planning for and attention to discovery, making
18  delay especially pernicious.  Because Mohammad bin Salman was primarily interested in Saudi
19  dissidents, we expect that the hacked Twitter users will be in a number of different countries,
20  requiring extraterritorial discovery.  `"The need for evidence located outside the United States
21  should be explored early in the proceedings to allow for the extra time that may be required to
22  obtain it." 32 *Moore's Federal Practice* - Civil 11.4 (2019).

23  Second, to the extent that discovery against McKinsey will require deposing some of
24  their more than 400 employees in Riyadh, Plaintiff anticipates needing to work out a protective
25  order  that will allow these depositions to take place in a country other than Saudi Arabia where
26  the Plaintiff and his counsel will not fear for their lives.

27
28

1    All of this will take some time to arrange, and delay will prejudice the Plaintiff, who

2 carries the burden of proof.

3    **Defendants Have Failed to Show That it is Likely They Will Dispose of This Case**

4    **Through Motions to Dismiss.**

5    If defendants have such winning argument, why hasn't either defendant asked to meet

6 and confer with Plaintiff regarding their substantive objections to the complaint?  Other than

7 unsupported assertions, neither defendant has offered any explanation at all about why the

8 complaint if objectionable or that it should be significantly narrowed.  Indeed, Defendant's

9 reservation of their right to seek a protective order only highlights the likely protracted nature of

10 this litigation.

11    The time to begin this lengthy process is now, not one, two, or three months down the

12 road when defendants have sought every delay possible.

13                                   <u>Conclusion</u>

14    The Court should continue the Case Management Conference until January 23 or January

15 30, with the dates for the Rule 26(f) conference being moved concomitantly.

16 DATED:  December 6, 2019                 RESPECTFULLY SUBMITTED

17                                   **KLEIMAN / RAJARAM**

18

19                                   By: _____

20                                       Mark Allen Kleiman, Esq.

21

22                                   **LAW OFFICES OF BEN GHARAGOZLI**

23                                   Ben Gharagozli, Esq.

24

25

26

27

28