```
KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
KHARI J. TILLERY - # 215669
ktillery@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
RYLEE OLM - # 318550
rolm@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendant
TWITTER, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OMAR ABDULAZIZ,<br><br>    Plaintiff,<br><br>v.<br><br>TWITTER, INC.; McKINSEY & CO.,<br><br>    Defendants. | Case No. 3:19-cv-06694-LB<br><br>**DECLARATION OF RYLEE KERCHER OLM IN SUPPORT OF TWITTER, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:         January 23, 2020<br>Time:        9:30 a.m.<br>Dept.:       Courtroom B- 15th Floor<br>Judge:      Hon. Laurel Beeler<br><br>Date Filed: October 18, 2019<br><br>Trial Date:  None Set |

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

I, Rylee Kercher Olm, declare as follows:

1. I am licensed to practice in the State of California and before this Court. I am an associate at Keker, Van Nest & Peters, LLP, counsel of record for defendant Twitter, Inc. ("Twitter") in the above-captioned action. I submit this declaration in connection with Twitter's Motion to Dismiss Plaintiff's Complaint. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently as to those facts.

2. Attached hereto as **Exhibit A** is a true and correct copy of a certified English translation (as well as the original copy in Hebrew) of Plaintiff Omar Abdulaziz's Statement of Claim filed on December 2, 2018, with the Tel Aviv Jaffa Magistrates Court in Civil Action 2401-12-18, against NSO Group Technologies Ltd. and Q Cyber Technologies Ltd. The Statement of Claim is publicly available in Hebrew at https://www.documentcloud.org/documents/4806664-NSO-Lawsuit-in-Hebrew.html (downloaded on October 23, 2019). This link to the Statement of Claim is provided by the article *Lawsuit Lays Bare Israel-Made Hack Tools in Mideast, Mexico*, by Raphael Satter of the Associated Press, published on August 31, 2018, available at https://apnews.com/a5d4f292925348ceaf64f649b4f79a0f/Lawsuit-lays-bare-Israel-made-hack-tools-in-Mideast,-Mexico (last accessed on December 3, 2019). The certified English translation has been prepared by ION Translations.

3. Attached hereto as **Exhibit B** is a true and correct copy of Twitter's Terms of Service, with an effective date of May 18, 2015 to January 26, 2016, available at https://twitter.com/en/tos/previous/version_9 (downloaded on December 4, 2019).

4. Attached hereto as **Exhibit C** is a true and correct copy of a publicly available Facebook post made by Omar Abdulaziz in the ▓▓▓▓▓▓▓▓▓▓▓▓ Facebook group, available at ▓▓▓▓▓▓▓▓▓▓▓▓ (downloaded on December 13, 2019).

///

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this declaration was executed in San Francisco, California on December 16, 2019.

*Rylee Kercher Olm*
RYLEE KERCHER OLM

---

2
DECLARATION OF RYLEE KERCHER OLM IN SUPPORT OF MOTION TO DISMISS
Case No. 3:19-cv-06694-LB

1358321