```
KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
KHARI J. TILLERY - # 215669
ktillery@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
RYLEE OLM - # 318550
rolm@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
TWITTER, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OMAR ABDULAZIZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TWITTER, INC.; McKINSEY & CO.,<br><br>　　　　Defendants. | Case No. 3:19-cv-06694-LB<br><br>**DECLARATION OF TWITTER EMPLOYEE IN SUPPORT OF TWITTER, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:     January 23, 2020<br>Time:    9:30 a.m.<br>Dept.:    Courtroom B- 15th Floor<br>Judge:   Hon. Laurel Beeler<br><br>Date Filed: October 18, 2019<br><br>Trial Date: Not Yet Set |

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

I, ███████ declare as follows:

1. I am ███████ at Twitter, Inc. ("Twitter"). I have been employed with Twitter since March 2010. I submit this declaration in connection with Twitter's Motion to Dismiss Plaintiff's Complaint. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently as to those facts.

2. In December 2015, I was ███████ on the Trust & Safety Team at Twitter. Through my role on Twitter's Trust & Safety Team, I was a member of the cross-functional team responsible for drafting and sending email notifications to Twitter users whose accounts had potentially been targeted by a state-sponsored actor.

3. On or about December 11, 2015, Twitter sent notifications to potentially affected users via email. The notifications were sent in various languages corresponding to the language selected by the user when he or she signed up for his or her Twitter account. Attached hereto as **Exhibit 1** is a true and correct copy of the text of the December 11, 2015 email notification.

4. As reflected in Twitter's records, Twitter also began notifying potentially affected users via an in-app message (a "UMF notice") on or about that same date, December 11, 2015. The notification was provided in various languages corresponding to the language selected by the user when he or she signed up for his or her Twitter account. Attached hereto as **Exhibit 2** is a true and correct copy of the English version of the in-app notification.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a .txt file containing a list of User ID Numbers of users who were sent the email notification discussed in Paragraph 3 above in English. The list includes Plaintiff's User ID Number: ███████ which indicates that Twitter sent him the email notification in English at the e-mail address Twitter has on file for him which is: ███████ Plaintiff's User ID Number appears on page 1 of this Exhibit. This .txt file was created on or around December 11, 2015, and has been maintained in Twitter's records since that time. This Exhibit has been redacted to remove reference to users other than Plaintiff.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a list of User ID Numbers of users who were sent the in-app notification ("UMF notice") discussed in Paragraph 4

1

above. The list includes Plaintiff's User ID Number: ████ which indicates that Twitter sent him the UMF notice. Plaintiff's User ID Number appears on page 24 of this Exhibit. This list was created on or around December 11, 2015, and has been maintained in Twitter's records as a Microsoft Excel spreadsheet since that time. This Exhibit has been redacted to remove reference to users other than the Plaintiff.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed in San Francisco, California on December 16, 2019.