| | |
|---|---|
| 1 | MARK DAVID MCPHERSON (CA SBN 307951) |
| | MMcPherson@mofo.com |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 4 | Facsimile: 415.268.7522 |
| | MMcPherson@mofo.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | MCKINSEY & COMPANY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ABDULAZIZ | Case No. 3:19 CV-06694-LB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF DEFENDANTS' MOTIONS TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| TWITTER, Inc.; McKINSEY & Co.; and DOES 1-10; inclusive, | |
| | Judge: Hon. Laurel Beeler |
| Defendants. | |
| | Complaint Filed: October 18, 2019 |

1  Pursuant to Civil Local Rule 6-2, Plaintiff Omar Abdulaziz, Defendant Twitter, Inc.
2  ("Twitter"), and Defendant McKinsey & Company, Inc. ("McKinsey"), by and through their
3  respective counsel of record, hereby jointly stipulate as follows:
4  WHEREAS, on October 18, 2019, Plaintiff filed his Complaint in this action;
5  WHEREAS, on October 24, 2019, Plaintiff served his Complaint on Defendant
6  McKinsey, and on October 25, 2019, Plaintiff served his Complaint on Defendant Twitter;
7  WHEREAS, an Initial Case Management Conference is currently scheduled for February
8  13, 2020, at 11:00 a.m.;
9  WHEREAS, on December 16, 2019, Twitter and McKinsey filed their respective Motions
10 to Dismiss Plaintiff's Complaint;
11 WHEREAS, on December 16, 2019, Twitter filed a Request for Judicial Notice in support
12 of its Motion to Dismiss Plaintiff's Complaint;
13 WHEREAS, Plaintiff's deadline to oppose Twitter's Motion to Dismiss Plaintiff's
14 Complaint and Request for Judicial Notice and McKinsey's Motion to Dismiss Plaintiff's
15 Complaint is currently December 30, 2019, and the hearing on the Motions and Request for
16 Judicial Notice is currently set for January 23, 2020;
17 WHEREAS, Plaintiff's counsel has requested additional time to oppose Defendants'
18 Motions to Dismiss and Twitter's Request for Judicial Notice;
19 WHEREAS, the parties have conferred and agreed to continue the January 23, 2020
20 hearing date for Twitter's Motion to Dismiss and Request for Judicial Notice and McKinsey's
21 Motion to Dismiss to February 27, 2020, and to adjust the briefing schedule and the date for the
22 Initial Case Management Conference accordingly; and
23 WHEREAS, the stipulated extension of time would not have any effect on any other date
24 or deadline set by the Court;
25 NOW, THEREFORE, THE PARTIES HEREBY STIPULATE that
26 1)  The hearing date for Twitter's Motion to Dismiss Plaintiff's Complaint and
27     Request for Judicial Notice and McKinsey's Motion to Dismiss Plaintiff's
28     Complaint is continued to February 27, 2020, at 9:30 a.m.;

2) Plaintiff shall have until January 23, 2020, to oppose Twitter's Motion to Dismiss Plaintiff's Complaint and Request for Judicial Notice and McKinsey's Motion to Dismiss Plaintiff's Complaint;

3) Defendants shall have until February 13, 2020, to file their replies in support of their respective motions;

4) The Initial Case Management Conference currently scheduled for February 13, 2020, at 11:00 a.m. is continued to March 19, 2020, at 11:00 a.m.

IT IS SO STIPULATED.

Dated:  December 24, 2019                    MORRISON & FOERSTER LLP


By: */s/ Mark David McPherson*
    MARK DAVID MCPHERSON

Attorneys for Defendant
MCKINSEY & COMPANY, INC.


Dated:  December 24, 2019                    KLEIMAN / RAJARAM


By:  */s/ Mark Kleiman*
    Mark Kleiman

Attorneys for Plaintiff


Dated:  December 24, 2019                    KEKER & VAN NEST LLP


By:  */s/ Benjamin Berkowitz*
    BENJAMIN BERKOWITZ
    KHARI TILLERY
    ANJALI SRINIVASAN
    RYLEE KERCHER OLM

Attorneys for Defendant
TWITTER, INC.

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the Court orders as follows:

1) The hearing date for Twitter's Motion to Dismiss Plaintiff's Complaint and Request for Judicial Notice and McKinsey's Motion to Dismiss Plaintiff's Complaint is continued to February 27, 2020, at 9:30 a.m.;

2) Plaintiff shall have until January 23, 2020 to oppose Twitter's Motion to Dismiss Plaintiff's Complaint and Request for Judicial Notice and McKinsey's Motion to Dismiss Plaintiff's Complaint;

3) Defendants shall have until February 13, 2020 to file their replies in support of their respective motions;

4) The Initial Case Management Conference currently scheduled for February 13, 2020, at 11:00 a.m. is continued to March 19, 2020, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: December 26, 2019          By: _/s/ LB_____
                                      HONORABLE LAUREL BEELER
                                      UNITED STATES DISTRICT COURT

3

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF DEFENDANTS'
MOTIONS TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:19-CV-06694-LB

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  December 24, 2019                         */s/ Mark David McPherson*
                                                                       MARK DAVID McPHERSON