KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
KHARI J. TILLERY - # 215669
ktillery@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
RYLEE KERCHER OLM - # 318550
rolm@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
TWITTER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OMAR ABDULAZIZ,<br><br>            Plaintiff,<br><br>    v.<br><br>TWITTER, INC.; McKINSEY & CO.,<br><br>            Defendants. | Case No. 3:19-cv-06694-LB<br><br>**NOTICE OF PLAINTIFF'S COUNSEL'S INABILITY TO CONTACT PLAINTIFF AND REQUEST FOR ORDER TO SHOW CAUSE**<br><br>Dept.:     Courtroom B- 15th Floor<br>Judge:     Hon. Laurel Beeler<br><br>Date Filed: October 18, 2019<br><br>Trial Date:  None Set |

NOTICE OF PLAINTIFF'S COUNSEL'S INABILITY TO CONTACT PLAINTIFF
AND REQUEST FOR ORDER TO SHOW CAUSE
Case No. 3:19-cv-06694-LB

1677992

Twitter, Inc. respectfully submits this Notice to alert the Court to circumstances implicating Federal Rule of Civil Procedure 41(b) and to request that the Court issue an Order to Show Cause.

On April 14, 2021, Plaintiff's counsel informed Twitter via email that they "have not heard back from [their] client for some time now despite attempts to contact him." In the same correspondence, Plaintiff's counsel requested a 10-day extension of their deadline to file Plaintiff's Fourth Amended Complaint—then due April 19—due to the need to confer with their client to confirm facts for that anticipated amended pleading. Counsel for Twitter stated that Twitter was agreeable to extending Plaintiff's deadline to April 29 to file his Fourth Amended Complaint, provided that Plaintiff's counsel inform the Court of the circumstances and their inability to reach their client. To the extent Plaintiff continued not to respond to his counsel, Twitter also informed Plaintiff's counsel that it anticipated seeking dismissal pursuant to Rule 41(b).

The parties did not ultimately reach a stipulation to provide the Court with notice of Plaintiff's non-participation, though counsel for Twitter submitted that the Court should be so informed through a joint filing. On April 19, Plaintiff's counsel elected to file their Fourth Amended Complaint without further extension and—it appears—without reaching their client to confirm the facts contained therein. On April 20 and again on April 27, 2021, Twitter contacted Plaintiff's counsel to ask whether they had been able to re-establish contact with their client. To date, Plaintiff's counsel have not confirmed whether or not they have been able to re-establish contact with their client. On April 28, Plaintiff's counsel responded to Twitter's messages, once again without confirming whether or not they had been able to reach their client, instead stating "we believe this issue is now moot in light of our filing the Fourth Amended Complaint."[1]

---

[1] Despite Plaintiff's apparent decision to no longer participate with his counsel in this litigation, Plaintiff continues to post regularly to his social media account. *See* https://twitter.com/oamaz7 (containing dozens of posts made by Plaintiff from April 14 through today). Thus, Plaintiff does not appear to be unable to communicate generally, but rather has merely stopped responding to his own counsel.

1
NOTICE OF PLAINTIFF'S COUNSEL'S INABILITY TO CONTACT PLAINTIFF
AND REQUEST FOR ORDER TO SHOW CAUSE
Case No. 3:19-cv-06694-LB

1677992

Accordingly, due to Plaintiff's apparent decision to no longer participate with his counsel in this litigation, Twitter respectfully requests that the Court issue an Order to Show Cause why this action should not be dismissed. *See, e.g., Situ v. Leavitt,* No. C06-2841 TEH, 2006 WL 3734373, *3 (N.D. Cal. Dec. 18, 2006) (issuing order to show cause why plaintiff's claims should not be dismissed where plaintiff's counsel was "unable to contact" plaintiffs); *M.J.V. v. City of Avenal*, No. 1:18-cv-00863, 2019 WL 4670860, at *2 (E.D. Cal. Sept. 25, 2019) (issuing order show cause and dismissing action where plaintiff's counsel was unable to contact plaintiff), report and recommendation adopted, 2020 WL 1182651 (E.D. Cal. Mar. 12, 2020).

Dated: April 29, 2021                                          KEKER, VAN NEST & PETERS LLP

                                                  By:   /s/ *Benjamin Berkowitz*
                                                        BENJAMIN BERKOWITZ
                                                        KHARI J. TILLERY
                                                        ANJALI SRINIVASAN
                                                        RYLEE KERCHER OLM

                                                        Attorneys for Defendant
                                                        TWITTER, INC.

2
NOTICE OF PLAINTIFF'S COUNSEL'S INABILITY TO CONTACT PLAINTIFF
AND REQUEST FOR ORDER TO SHOW CAUSE
Case No. 3:19-cv-06694-LB

1677992