UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| OMAR ABDULAZIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TWITTER, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-06694-LB<br><br>**JUDGMENT** |

On July 15, 2021, the court granted the defendant's motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of the defendant and against the plaintiff. The court directs the Clerk of Court to close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 15, 2021

LAUREL BEELER
United States Magistrate Judge

JUDGMENT – No. 19-cv-06694-LB