Mark A. Kleiman (SBN 115919)
KLEIMAN / RAJARAM
2525 Main Street, Suite 204
Santa Monica, CA 90405
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: mkleiman@quitam.org

Ben Gharagozli (SBN 272302)
Law Offices of Ben Gharagozli
2525 Main Street, Suite 204
Santa Monica, CA 90405
Telephone: (661) 607-4665
Facsimile: (855) 628-5517
Email: ben.gharagozli@gmail.com

Attorneys for Plaintiff, OMAR ABDULAZIZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ABDULAZIZ,<br><br>      Plaintiff,<br>v.<br><br>TWITTER, Inc..; McKINSEY & Co.; and DOES 1-10; inclusive,<br><br>      Defendants. | Case No.: 3:19 CV-06694-LB<br><br>**REPRESENTATION STATEMENT**<br><br>**Action Filed: October 18, 2019**<br><br>**Trial Date: None Set** |

Each of the undersigned represent Plaintiff Omar Abdulazi, and no other party. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, telephone number, and e-mail address, where appropriate.

DATED: July 15, 2021             RESPECTFULLY SUBMITTED,

**KLEIMAN / RAJARAM**

By:  /s/ Mark Allen Kleiman, Esq.
         Mark Allen Kleiman, Esq.

DATED: July 15, 2021             **LAW OFFICES OF BEN GHARAGOZLI**

By:  /s/ Ben Gharagozli, Esq.
         Ben Gharagozli, Esq.

# SERVICE LIST

**Plaintiff, Omar Abdulaziz**

Mark A. Kleiman (SBN 115919)
KLEIMAN / RAJARAM
2525 Main Street, Suite 204
Santa Monica, CA 90405
Telephone: (310) 392-5455
Facsimile: (310) 306-8491
Email: mkleiman@quitam.org

Ben Gharagozli (SBN 272302)
Law Offices of Ben Gharagozli
2525 Main Street, Suite 204
Santa Monica, CA 90405
Telephone: (661) 607-4665
Facsimile: (855) 628-5517
Email: ben.gharagozli@gmail.com

**Defendant TWITTER, Inc.**

KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
KHARI J. TILLERY - # 215669
ktillery@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
RYLEE KERCHER OLM - # 318550
rolm@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188