FILED

MAY 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OMAR ABDULAZIZ,<br><br>   Plaintiff-Appellant,<br><br>v.<br><br>TWITTER, INC.,<br><br>   Defendant-Appellee,<br><br> and<br><br>MCKINSEY & COMPANY,<br><br>   Defendant. | No. 21-16195<br><br>D.C. No. 3:19-cv-06694-LB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The Clerk is directed to temporarily close this court's docket for administrative purposes until November 18, 2022. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order. At any time, any party may request that this appeal be reopened.

A dial-in telephone conference will be held on June 16, 2022, at 10:00 a.m. **Pacific Time**. Each participant will receive an email with dial-in information.

Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.

            FOR THE COURT:

            By: Kyungah Suk
            Circuit Mediator

Mediation