FILED

JUN 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| OMAR ABDULAZIZ,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>TWITTER, INC.,<br><br>        Defendant-Appellee,<br><br> and<br><br>MCKINSEY & COMPANY,<br><br>        Defendant. | No.   21-16195<br><br>D.C. No. 3:19-cv-06694-LB<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

     Appellee's unopposed motion (Docket Entry No. 47) to file under seal Volume 3 of the supplemental excerpts of record is granted. The Clerk will file publicly the motion to seal (Docket Entry No. 47-1), the answering brief (Docket Entry No. 45), and Volumes 1 through 2 of the supplemental excerpts of record (Docket Entry No. 48). The Clerk will file under seal Volume 3 of the supplemental excerpts of record (Docket Entry No. 47-2).

     Within 21 days of this order, appellee must submit for public filing a redacted version of Volume 3 that tracks the redactions set forth in the motion to seal and highlighted in Docket Entry No. 47-2. The page numbering in the public

version must remain the same as in the sealed version.

Appellant's unopposed motion (Docket Entry No. 50) for an extension of time to file the reply brief is granted.  The optional reply brief is due July 5, 2023.