KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
KHARI J. TILLERY - # 215669
ktillery@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
W. HAMILTON JORDAN - # 295004
wjordan@keker.com
RYLEE KERCHER OLM - # 318550
rolm@keker.com
RYAN J. HAYWARD - # 330924
rhayward@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant X Corp.,
as Successor in Interest to Named
Defendant Twitter, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OMAR ABDULAZIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TWITTER, INC.; McKINSEY & CO.,<br><br>　　　　Defendants. | Case No. 3:19-cv-06694-LB<br><br>**DEFENDANT'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Dept.:　　Courtroom B- 15th Floor<br>Judge:　　Hon. Laurel Beeler<br><br>Date Filed: October 18, 2019<br><br>Trial Date: None Set |

DEFENDANT'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF
CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No. 3:19-cv-06694-LB

2197478

Under Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant X Corp., as successor in interest to named Defendant Twitter, Inc., through its undersigned counsel, hereby states that Twitter, Inc. has been merged into X Corp. and no longer exists. X Corp. is a privately held corporation. Its parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

Under Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: X Holdings Corp.

The undersigned certifies that, as of this date, there is no conflict of interest (other than the named parties) to report.

Respectfully submitted,

Dated: July 5, 2023

KEKER, VAN NEST & PETERS LLP

By: /s/ *Benjamin Berkowitz*
BENJAMIN BERKOWITZ
KHARI J. TILLERY
ANJALI SRINIVASAN
W. HAMILTON JORDAN
RYLEE KERCHER OLM
RYAN J. HAYWARD

Attorneys for Defendant X Corp., as Successor in Interest to Named Defendant Twitter, Inc.

1
DEFENDANT'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No. 3:19-cv-06694-LB

2197478