1   KEKER, VAN NEST & PETERS LLP
    BENJAMIN BERKOWITZ - # 244441
2   bberkowitz@keker.com
    ANJALI SRINIVASAN - # 304413
3   asrinivasan@keker.com
    W. HAMILTON JORDAN - # 295004
4   wjordan@keker.com
    RYAN J. HAYWARD - # 330924
5   rhayward@keker.com
    633 Battery Street
6   San Francisco, CA 94111-1809
    Telephone:    415 391 5400
7   Facsimile:    415 397 7188

8   Attorneys for Defendant X Corp.,
    as Successor in Interest to Named
9   Defendant Twitter, Inc.

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13  OMAR ABDULAZIZ,                          Case No. 3:19-cv-06694-LB

14             Plaintiff,                    **DECLARATION OF BENJAMIN
                                             BERKOWITZ IN SUPPORT OF
15        v.                                 DEFENDANT'S ADMINISTRATIVE
                                             MOTION TO CONSIDER WHETHER
16  TWITTER, INC.; McKINSEY & CO.,           CASES SHOULD BE RELATED**

17             Defendants.                   Judge:      Hon. Laurel Beeler

18                                           Date Filed:  October 18, 2019

19
    ALI AL-AHMED,                            Case No. 3:21-cv-08017-EMC
20                                           *(case to which relation is requested)*
               Plaintiff,
21                                           Judge:  Hon. Edward M. Chen
          v.
22                                           Date Filed:     October 13, 2021
    TWITTER, INC.; ALI HAMAD A               Trial Date:     None Set
23  ALZABARAH; and AHMAD ABOUAMMO,

24             Defendants.

25

26

27

28

DECLARATION OF BENJAMIN BERKOWITZ IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 3:19-cv-06694-LB

2167990

1

2      AREEJ AL-SADHAN, and                           Case No. 4:23-cv-02369-HSG
       ABDULRAHMAN AL-SADHAN, an                      *(case to be considered for relation)*
       Incompetent, by his Sister and Next Friend
3      AREEJ AL-SADHAN,                               Judge:      Hon. Haywood S. Gilliam, Jr.

4                   Plaintiff,
                                                      Date Filed:  May 16, 2023
5             v.                                      Trial Date:  None Set

6      TWITTER, INC., KINGDOM OF SAUDI
       ARABIA, SAUD AL-QAHTANI, AHMAD
7      ABOUAMMO, ALI ALZABARAH,
       AHMED ALMUTAIRI a/k/a AHMED
8      ALJBREEN, BADER AL-ASAKER, SAUDI
       ARABIAN CULTURAL MISSION, and
9      JOHN DOES 1-10,

10                  Defendants.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Ben Berkowitz, declare as follows:

2    1.    I am licensed to practice in the State of California and before this Court.  I am a

3    partner at the law firm of Keker, Van Nest & Peters LLP, counsel of record for Defendant X

4    Corp., as successor in interest to named Defendant Twitter, Inc. ("Twitter") in this matter.  I

5    submit this declaration in support of Twitter's Administrative Motion to Consider Whether Cases

6    Should Be Related (the "Motion").  I have knowledge of the facts set forth herein, and if called

7    upon as a witness, I could testify to them competently under oath.

8    2.    On June 26, 2023, counsel for Twitter contacted counsel for Plaintiffs Areej Al-

9    Sadhan and Abdulrahman Al-Sadhan to ask whether they would stipulate to relate *Al-Sadhan, et*

10   *al. v. Twitter, Inc., et al.*, Case No. 4:23-cv-02369-HSG to *Al-Ahmed v. Twitter, Inc., et al.*, Case

11   No. 3:21-cv-08017-EMC.[1]  On July 5, 2023, counsel for Plaintiffs declined to so stipulate but

12   stated that "[w]e take no position regarding whether [the *Al-Sadhan* action] relates to the *Al-*

13   *Ahmed* action."  Counsel for Plaintiffs further requested that "if [Twitter] move[s] to relate the

14   cases, please indicate that Plaintiff takes no position and leaves the decision to the Court."

15   3.    No attorney has yet entered an appearance in the *Al-Sadhan* action for Defendants

16   Kingdom of Saudi Arabia, Saud Al-Qahtani, Ahmad Abouammo, Ali Alzabarah, Ahmed

17   Almutairi a/k/a Ahmed Aljbreen, Bader Al-Asaker, or Saudi Arabian Cultural Mission, and

18   counsel for Twitter have thus not contacted such counsel.

19   I declare under penalty of perjury under the laws of the United States of America that the

20   foregoing is true and correct, and that this declaration was executed on July 5, 2023, in San

21   Francisco, California.

22

23                                                  */s/ Benjamin Berkowitz*
                                                    BENJAMIN BERKOWITZ
24

25

26   _____

27   [1] Counsel for Twitter did not additionally contact counsel for Ali Al-Ahmed, plaintiff in the *Al-Ahmed* action, given that the *Al-Ahmed* action has been dismissed with prejudice and is now closed.  *See Al-Ahmed*, ECF No. 75 (entering judgment in favor of Twitter and directing Clerk to "close the file in this matter").

28

                                                    1
DECLARATION OF BENJAMIN BERKOWITZ IN SUPPORT OF DEFENDANT'S ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 3:19-cv-06694-LB

2167990